Guy B. Wallace (SBN 176151)
gwallace@schneiderwallace.com
Mark T. Johnson (SBN79604)
mjohnson@schneiderwallace.com
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Facsimile: (4150 421-7105

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| C.T., by and through her guardian ad litem and parent DELENA SERAFIN, on behalf of herself and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, et al.,<br><br>      Defendants. | Case No. 5:18-cv-01655-JGB-KK<br><br>**JUDGMENT ON SETTLEMENT** |

The Court having granted final approval of the Settlement Agreement (Dkt. No. 78), and pursuant to the Stipulation of the Parties and the terms of the Settlement Agreement,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The capitalized terms used in this Final Judgment shall have the same meaning as defined in the Stipulation and Settlement Agreement ("Settlement Agreement"), except as may otherwise be ordered.

2. This entire action and all claims asserted in it are dismissed with prejudice.

3. Notwithstanding the dismissal of this entire action, the Court shall retain jurisdiction over the construction, interpretation, implementation, and enforcement of the Settlement Agreement and over supervision and adjudication of any disputes arising from or in connection with Settlement Agreement.

4. All persons who have not made their objections to the settlement in the manner provided in the Settlement Agreement are deemed to have waived any objections by appeal, collateral attack, or otherwise.

5. Each member of the Settlement Class has released and is hereby permanently enjoined and restrained from filing or prosecuting any Released Class Claim against any of the Released Persons.

DATED July 30, 2021

_____
HON. JESUS G. BERNAL
United States District Judge